# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCHROLL, TIMOTHY M. | § | Case No. 12-12645 |
| SCHROLL, DENISE M. | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/29/2012 . The undersigned trustee was appointed on 03/30/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $     17,500.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 500.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]          $     17,000.00

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/17/2012 and the deadline for filing governmental claims was 10/17/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,500.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,500.00 , for a total compensation of $ 2,500.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 14.00 , for total expenses of $ 14.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/21/2013            By:/s/MICHAEL G. BERLAND
                               Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-12645 BL Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | SCHROLL, TIMOTHY M. | Date Filed (f) or Converted (c): | 03/29/12 (f) |
| | SCHROLL, DENISE M. | 341(a) Meeting Date: | 04/25/12 |
| For Period Ending: | 03/21/13 | Claims Bar Date: | 10/17/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 615 Table, Lockport, illinois | 152,000.00 | 0.00 | | 0.00 | FA |
| 2. Bera Paw Vacations Cottage, Eagle River, 25% inter | 15,000.00 | 0.00 | | 17,500.00 | FA |
| 3. Checking accounts-2-First Midwest | 25.00 | 0.00 | | 0.00 | FA |
| 4. 2 Saving accounts Canal & trails Credit Union | 25.00 | 0.00 | | 0.00 | FA |
| 5. TV and furntiure | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Wearing apparel | 600.00 | 0.00 | | 0.00 | FA |
| 7. Shotgun | 100.00 | 0.00 | | 0.00 | FA |
| 8. Term life policy | 0.00 | 0.00 | | 0.00 | FA |
| 9. 401k | 18,000.00 | 0.00 | | 0.00 | FA |
| 10. 401k | 25,000.00 | 0.00 | | 0.00 | FA |
| 11. 2008 Chevrolet Cobalt | 9,500.00 | 0.00 | | 0.00 | FA |
| 12. 2002 Chrysler Town & Country | 2,075.00 | 0.00 | | 0.00 | FA |
| 13. Hunting boat | 500.00 | 0.00 | | 0.00 | FA |
| 14. 2dogs, 3 cats, turtle, guinea pig | 100.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $223,925.00 | $0.00 | | $17,500.00 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TheTrustee is negotiating the sale of his interest in an Eagle River Wisconsin condominium

Initial Projected Date of Final Report (TFR): 12/31/15     Current Projected Date of Final Report (TFR): 12/31/15

LFORM1  UST Form 101-7-TFR (5/1/2011) (Page: 3)                                                                Ver: 17.00b

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 12-12645 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | SCHROLL, TIMOTHY M. | Bank Name: | Congressional Bank |
|  | SCHROLL, DENISE M. | Account Number / CD #: | *******8886 Checking Account |
| Taxpayer ID No: | *******2717 | | |
| For Period Ending: | 03/21/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/07/12 | 2 | Elmer Schroll | Payment of settlement per court orr | 1110-000 | 17,500.00 | | 17,500.00 |
| 03/04/13 | 001001 | Gloria Longest | Payment for tax preparation | 3410-000 | | 500.00 | 17,000.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 17,500.00 | 500.00 | 17,000.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 17,500.00 | 500.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 17,500.00 | 500.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8886 | 17,500.00 | 500.00 | 17,000.00 |
| | 17,500.00 | 500.00 | 17,000.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   17,500.00   500.00

LFORM24 UST Form 101-7-TFR (5/1/2011) (Page: 4)   Ver: 17.00b

Page 1

**EXHIBIT C**
ANALYSIS OF CLAIMS REGISTER

Date: March 21, 2013

Case Number: 12-12645
Debtor Name: SCHROLL, TIMOTHY M.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | American InfoSource LP as agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $12,294.26 | $0.00 | $12,294.26 |
| 000002 070 7100-00 | Quantum3 Group LLC as agent for World Financial Network Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $378.24 | $0.00 | $378.24 |
| 000003 070 7100-00 | Quantum3 Group LLC as agent for World Financial Network Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $10,556.71 | $0.00 | $10,556.71 |
| 000004 070 7100-00 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $4,730.11 | $0.00 | $4,730.11 |
| 000005 070 7100-00 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $14,191.21 | $0.00 | $14,191.21 |
| 000006 070 7100-90 | PYOD, LLC its successors and assigns as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $4,603.58 | $0.00 | $4,603.58 |
| 000007 070 7100-90 | PYOD, LLC its successors and assigns as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $1,281.59 | $0.00 | $1,281.59 |
| 000008 070 7100-90 | PYOD, LLC its successors and assigns as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $1,489.94 | $0.00 | $1,489.94 |
| 000009 070 7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $2,695.56 | $0.00 | $2,695.56 |
| | Case Totals: | | | $52,221.20 | $0.00 | $52,221.20 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-12645
Case Name: SCHROLL, TIMOTHY M.
　　　　　　SCHROLL, DENISE M.
Trustee Name: MICHAEL G. BERLAND

　　　　Balance on hand　　　　　　　　　　　　　　　　　　$　　　　17,000.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 2,500.00 | $ 0.00 | $ 2,500.00 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 14.00 | $ 0.00 | $ 14.00 |

　　Total to be paid for chapter 7 administrative expenses　　　$　　　2,514.00
　　Remaining Balance　　　　　　　　　　　　　　　　　　　$　　14,486.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

　　Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 52,221.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for | $ 12,294.26 | $ 0.00 | $ 3,410.39 |
| 000002 | Quantum3 Group LLC as agent for | $ 378.24 | $ 0.00 | $ 104.92 |
| 000003 | Quantum3 Group LLC as agent for | $ 10,556.71 | $ 0.00 | $ 2,928.40 |
| 000004 | FIA CARD SERVICES, N.A. | $ 4,730.11 | $ 0.00 | $ 1,312.12 |
| 000005 | FIA CARD SERVICES, N.A. | $ 14,191.21 | $ 0.00 | $ 3,936.60 |
| 000006 | PYOD, LLC its successors and assigns as assignee | $ 4,603.58 | $ 0.00 | $ 1,277.02 |
| 000007 | PYOD, LLC its successors and assigns as assignee | $ 1,281.59 | $ 0.00 | $ 355.51 |
| 000008 | PYOD, LLC its successors and assigns as assignee | $ 1,489.94 | $ 0.00 | $ 413.30 |
| 000009 | Capital One, N.A. | $ 2,695.56 | $ 0.00 | $ 747.74 |

Total to be paid to timely general unsecured creditors     $ 14,486.00

Remaining Balance     $ 0.00

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE