UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
§
ZAYLIK, BRIAN E § Case No. 10-22921
ZAYLIK, JENNIFER K §
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE COURT
          219 S. Dearborn
          Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 05/24/2013 in Courtroom ,
     Joliet City Hall
     150 West Jefferson,2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/22/2013            By: /s/ Michael G. Berland
                                                           Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| ZAYLIK, BRIAN E | § | Case No. 10-22921 |
| ZAYLIK, JENNIFER K | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 17,500.00 |
| and approved disbursements of | $ | 9,011.64 |
| leaving a balance on hand of[1] | $ | 8,488.36 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004 | Wells Fargo Bank, N.A. | $ 34,771.66 | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to secured creditors | | | $ | 0.00 |
| | Remaining Balance | | | $ | 8,488.36 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 2,450.00 | $ 0.00 | $ 2,450.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,450.00 |
| Remaining Balance | | $ | 6,038.36 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,187.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 97.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Nicor Gas | $ 125.50 | $ 0.00 | $ 122.47 |
| 000002 | Capital Recovery III LLC | $ 745.16 | $ 0.00 | $ 727.17 |
| 000003 | American Express Centurion Bank | $ 5,317.12 | $ 0.00 | $ 5,188.72 |

Total to be paid to timely general unsecured creditors         $         6,038.36

Remaining Balance                                              $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-12645-BWB
Timothy M. Schroll                                                  Chapter 7
Denise M. Schroll
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: csimmons             Page 1 of 2              Date Rcvd: Apr 23, 2013
                               Form ID: pdf006            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2013.
```
db/jdb     +Timothy M. Schroll,    Denise M. Schroll,    615 Table St.,    Lockport, IL 60441-2661
18698680   +Associated Bank,    PO Box 688901,    Des Moines, IA 50368-8901
18698682    Bank of America,    4060 Ogletown/Stanton Road,    Newark, DE 19713
18698681   +Bank of America,    Bankruptcy Department,    4161 Piedmont Parkway,    Greensboro, NC 27410-8110
19492190    Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18698683   +Chase,   Bankruptcy Department,    PO Box 15398,    Wilmington, DE 19850
18698684    Chase Bank,    PO Box 24696,    Columbus, OH 43224-0696
18698685    Chasecard,    Bankruptcy Department,    PO Box 15298,    Wilmington, DE 19850-5298
19319744    FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
18698686   +GANDRMTN MASTERCARD,    4590 E. Broad St.,    Columbus, OH 43213-1301
18698689    HM Dept,    PO Box 6497,    Sioux Falls, SD 57117-6497
18698691   +HSBC/MNRDS,    90 Christiana Rd.,    New Castle, DE 19720-3118
18698690   +HSBC/Menards,    Bankruptcy Department,    PO Box 15521,    Wilmington, DE 19850-5521
18698692    Kohl/Chase(Kohl's Department Store),    Attn: Bankruptcy Department,    N54W 17000 Ridgewood Drive,
             Menomonee Falls, WI 53051
18698694    Sears/CBSD,    133200 Smith Rd.,    Cleveland, OH 44130
18698695   +Sears/Citi,    Attn: Bankruptcy Department,    PO Box 6241,    Sioux Falls, SD 57117-6241
18698697    THD/CBSD (Home Depot),    HSBC Bankruptcy Department,    PO Box 653000,    Dallas, TX 75265-3000
18698696   +Target NB,    CCS Gray OPS Center,    PO Box 6497,    Sioux Falls, SD 57117-6497
18698698   +WFNNB/FBVI (Fashion Bug),    Bankruptcy Department,    PO Box 182273,    Columbus, OH 43218-2273
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18698679   +E-mail/Text: ally@ebn.phinsolutions.com Apr 24 2013 05:26:05      Ally,   PO Box 380901,
             Bloomington, MN 55438-0901
19179388    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 24 2013 05:43:42
             American InfoSource LP as agent for,    Target,   PO Box 248866,    Oklahoma City, OK  73124-8866
20320069    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 24 2013 05:45:38
             American InfoSource LP as agent for TD Bank, USA,    PO Box 248866,
             Oklahoma City, OK  73124-8866
18698687   +E-mail/PDF: gecsedi@recoverycorp.com Apr 24 2013 05:44:05      Gemb/JC Penney,
             Bankruptcy Department,    PO Box 103104,   Roswell, GA 30076-9104
18698688   +E-mail/PDF: gecsedi@recoverycorp.com Apr 24 2013 05:38:15      Gemb/JCP,    PO Box 981402,
             El Paso, TX 79998-1402
18698693    E-mail/Text: bnckohlsnotices@becket-lee.com Apr 24 2013 05:12:30      Kohls/CAP1,    PO Box 3115,
             Milwaukee, WI 53201-3115
19372201   +E-mail/Text: resurgentbknotifications@resurgent.com Apr 24 2013 05:10:23
             PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
             PO Box 19008,    Greenville, SC 29602-9008
19264360    E-mail/Text: bnc-quantum@quantum3group.com Apr 24 2013 06:01:24
             Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
             Kirkland, WA  98083-0788
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2013                Signature:   _Joseph Speetjens_

```
District/off: 0752-1           User: csimmons              Page 2 of 2              Date Rcvd: Apr 23, 2013
                               Form ID: pdf006             Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2013 at the address(es) listed below:
          David M Siegel    on behalf of Debtor Timothy M. Schroll davidsiegellaw@hotmail.com,
           davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
          David M Siegel    on behalf of Joint Debtor Denise M. Schroll davidsiegellaw@hotmail.com,
           davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
          Michael G Berland    einstein829@earthlink.net,   IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rachael A Stokas    on behalf of Creditor   JPMorgan Chase Bank, National Association
           ND-Two@il.cslegal.com
                                                                                                                       TOTAL: 5