UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCHROLL, TIMOTHY M. | § | Case No. 12-12645 |
| SCHROLL, DENISE M. | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $                  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                . The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/MICHAEL G. BERLAND _____
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| CONGRESSIONAL BANK | | | | | |
| LONGEST, GLORIA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Bankruptcy Department 4161 Piedmont Parkway Greensboro, NC 27420 | | | | | |
| | Chasecard Bankruptcy Department PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chasecard Bankruptcy Department PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chasecard Bankruptcy Department PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | GANDRMTN MASTERCARD 4590 E. Broad St. Columbus, OH 43213 | | | | | |
| | Gemb/JC Penney Bankruptcy Department PO Box 103104 Roswell, GA 30076 | | | | | |
| | HM Dept PO Box 6497 Sioux Falls, SD 57117-6497 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC/Menards Bankruptcy Department PO Box 15521 Wilmington, DE 19850 | | | | | |
| | Kohls/CAP1 PO Box 3115 Milwaukee, WI 53201-3115 | | | | | |
| | Sears/CBSD 133200 Smith Rd. Cleveland, OH 44130 | | | | | |
| | Sears/Citi Attn: Bankruptcy Department PO Box 6241 Sioux Falls, SD 57717 | | | | | |
| | Target NB CCS Gray OPS Center PO Box 6497 Sioux Falls, SD 57117 | | | | | |
| | WFNNB/FBVI (Fashion Bug) Bankruptcy Department PO Box 182273 Columbus, OH 43218 | | | | | |
| 00010 | AGENT, AMERICAN INFOSOURCE AS | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000009 | CAPITAL ONE, N.A. | | | | | |
| 000004 | FIA CARD SERVICES, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | FIA CARD SERVICES, N.A. | | | | | |
| 000002 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000003 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000006 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000007 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000008 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 12-12645 | BL | Judge: Bruce W. Black | | Trustee Name: | MICHAEL G. BERLAND |

Case Name:   SCHROLL, TIMOTHY M.
SCHROLL, DENISE M.

For Period Ending:  09/06/13

Trustee Name:   MICHAEL G. BERLAND
Date Filed (f) or Converted (c):   03/29/12 (f)
341(a) Meeting Date:   04/25/12
Claims Bar Date:   10/17/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 615 Table, Lockport, illinois | 152,000.00 | 0.00 | | 0.00 | FA |
| 2. Bera Paw Vacations Cottage, Eagle River, 25% inter | 15,000.00 | 0.00 | | 17,500.00 | FA |
| 3. Checking accounts-2-First Midwest | 25.00 | 0.00 | | 0.00 | FA |
| 4. 2 Saving accounts Canal & trails Credit Union | 25.00 | 0.00 | | 0.00 | FA |
| 5. TV and furntiure | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Wearing apparel | 600.00 | 0.00 | | 0.00 | FA |
| 7. Shotgun | 100.00 | 0.00 | | 0.00 | FA |
| 8. Term life policy | 0.00 | 0.00 | | 0.00 | FA |
| 9. 401k | 18,000.00 | 0.00 | | 0.00 | FA |
| 10. 401k | 25,000.00 | 0.00 | | 0.00 | FA |
| 11. 2008 Chevrolet Cobalt | 9,500.00 | 0.00 | | 0.00 | FA |
| 12. 2002 Chrysler Town & Country | 2,075.00 | 0.00 | | 0.00 | FA |
| 13. Hunting boat | 500.00 | 0.00 | | 0.00 | FA |
| 14. 2dogs, 3 cats, turtle, guinea pig | 100.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $223,925.00          $0.00          $17,500.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TheTrustee is negotiating the sale of his interest in an Eagle River Wisconsin condominium

Initial Projected Date of Final Report (TFR): 12/31/15          Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 12-12645 -BL | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | SCHROLL, TIMOTHY M. | Bank Name: | Congressional Bank |
| | SCHROLL, DENISE M. | Account Number / CD #: | *******8886 Checking Account |
| Taxpayer ID No: | *******2717 | | |
| For Period Ending: | 09/06/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/07/12 | 2 | Elmer Schroll | Payment of settlement per court orr | 1110-000 | 17,500.00 | | 17,500.00 |
| 03/04/13 | 001001 | Gloria Longest | Payment for tax preparation | 3410-000 | | 500.00 | 17,000.00 |
| 03/08/13 | | Congressional Bank | Bank service fee | 2600-000 | | 16.78 | 16,983.22 |
| 05/29/13 | 001002 | MICHAEL G. BERLAND 1 NORTH LASALLE STREET STE 1775 CHICAGO, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 2,500.00 | 14,483.22 |
| 05/29/13 | 001003 | MICHAEL G. BERLAND 1 NORTH LASALLE STREET STE 1775 CHICAGO, IL 60602 | Chapter 7 Expenses | 2200-000 | | 14.00 | 14,469.22 |
| 05/29/13 | 001004 | Quantum3 Group LLC as agent for World Financial Network Bank PO Box 788 Kirkland, WA 98083-0788 | Claim 000002, Payment 27.70728% | 7100-000 | | 104.80 | 14,364.42 |
| 05/29/13 | 001005 | Quantum3 Group LLC as agent for World Financial Network Bank PO Box 788 Kirkland, WA 98083-0788 | Claim 000003, Payment 27.70759% | 7100-000 | | 2,925.01 | 11,439.41 |
| 05/29/13 | 001006 | FIA CARD SERVICES, N.A. 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 | Claim 000004, Payment 27.70760% | 7100-000 | | 1,310.60 | 10,128.81 |
| 05/29/13 | 001007 | FIA CARD SERVICES, N.A. 4161 Piedmont Parkway NC4 105 03 14 Greensboro, NC 27410 | Claim 000005, Payment 27.70757% | 7100-000 | | 3,932.04 | 6,196.77 |
| 05/29/13 | 001008 | PYOD, LLC its successors and assigns as assignee of Citibank | Claim 000006, Payment 27.70757% | 7100-900 | | 1,275.54 | 4,921.23 |

Page Subtotals     17,500.00    12,578.77

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit 9

| Case No: | 12-12645  -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | SCHROLL, TIMOTHY M. | | Bank Name: | Congressional Bank |
| | SCHROLL, DENISE M. | | Account Number / CD #: | *******8886  Checking Account |
| Taxpayer ID No: | *******2717 | | | |
| For Period Ending: | 09/06/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/29/13 | 001009 | Resurgent Capital Services PO Box 19008 Greenville, SC 29602 PYOD, LLC its successors and assigns as assignee of Citibank | Claim 000007, Payment 27.70777% | 7100-900 | | 355.10 | 4,566.13 |
| 05/29/13 | 001010 | Resurgent Capital Services PO Box 19008 Greenville, SC 29602 PYOD, LLC its successors and assigns as assignee of Citibank | Claim 000008, Payment 27.70716% | 7100-900 | | 412.82 | 4,153.31 |
| 05/29/13 | 001011 | Resurgent Capital Services PO Box 19008 Greenville, SC 29602 Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000009, Payment 27.70742% | 7100-000 | | 746.87 | 3,406.44 |
| 05/29/13 | 001012 | American Infosource as agent for TD Bank POB 248866 Oklhom city, Oklhahoma 73124 | Claim 00010, Payment 27.70756% | 7100-000 | | 3,406.44 | 0.00 |

Page Subtotals        0.00        4,921.23

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Page:   3

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-12645  -BL | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | SCHROLL, TIMOTHY M. | Bank Name: | Congressional Bank |
| | SCHROLL, DENISE M. | Account Number / CD #: | *******8886  Checking Account |
| Taxpayer ID No: | *******2717 | | |
| For Period Ending: | 09/06/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 17,500.00 | 17,500.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 17,500.00 | 17,500.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 17,500.00 | 17,500.00 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Checking Account - *******8886 | | 17,500.00 | 17,500.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 17,500.00 | 17,500.00 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00            0.00

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*